UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| HOP-A-JET WORLDWIDE JET CHARTER INC., ACE AVIATION SERVICES CORP., and EAST SHORE AVIATION, LLC, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, GE AEROSPACE, BOMBARDIER, INC., BOMBARDIER AEROSPACE CORP., LEARJET, INC., TURBINE ENGINE SPECIALISTS, INC., AND DUNCAN AVIATION, INC.<br><br>*Defendants*. | Civil Case No. 0:25-cv-61846-RS |

## NOTICE OF ADDITIONAL RELATED ACTION

Pursuant to Southern District of Florida Local Rule 3.8 and Southern District of Florida Internal Operating Procedure 2.15.00 (IOP 2.15.00) and in furtherance of Duncan's Initial Notice of Pending, Refiled, Related, or Similar Actions (Doc. 30), Defendant Duncan Aviation, Inc., by and through the undersigned counsel, hereby provides the following Notice of Additional Related Action.

**Southern District of Florida, Fort Lauderdale Division**

1) *Bosmans v. General Electric Company, et. al.*, Case No. 1:26-cv-20803-RKA

*Bosmans v. General Electric Company, et. al.,* Case No. 1:26-cv-20803-RKA, initiated by the surviving Flight Attendant of the aircraft that is the subject of the above-captioned action,

1

Sydney Bosmans, is related and similar to the above-captioned action because it "involves subject matter which is a material part of the subject matter of" the above-captioned action. IOP 2.15.00.

Because the subject matter in Case No. 1:26-cv-20803-RKA and the above-captioned action are materially related and involve facts that are materially the same—namely, the February 9, 2024 Florida plane accident—the disposition of the above-captioned action entails the "unnecessary duplication of judicial labor if heard by a different Judge." IOP 2.15.00. Furthermore, Case No. 1:26-cv-20803-RKA and the above-captioned action are also materially related because both actions name Bombardier, Inc., Bombardier Aerospace Corp., General Electric Company, and Turbine Engine Specialists, Inc. as Defendants.

Date: February 16, 2026

Respectfully submitted,

/s/ Jennifer Castro
Jennifer Castro
Florida Bar No. [48721]
jcastro@hinshawlaw.com
HINSHAW & CULBERTSON LLP
201 East Las Olas Boulevard
Suite 1450
Ft. Lauderdale, FL 33301
Telephone: 954-467-7900
Facsimile: 954-467-1024
*Attorneys for Defendant, Duncan Aviation, Inc.*

And

/s/ Christopher J. Raistrick
Christopher J. Raistrick (admitted *pro hac vice*)
Brittany N. Christianson (admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
161 N Franklin, Suite 2500
Chicago, Illinois 60606
Telephone: (312) 704-3000
Facsimile: (312) 704-3001
craistrick@hinshawlaw.com
bchristianson@hinshawlaw.com

*Attorneys for Defendant, Duncan Aviation, Inc.*